THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JUNPENG YANG, | CASE NO. C18-0809-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion for relief from Defendants' deadline to respond to Plaintiff's complaint (Dkt. No. 18) and Plaintiff's motion to accept late response to Defendants' motion to remand (Dkt. No. 20). Finding good cause for the delay on behalf of both parties, both parties' motions are GRANTED. Plaintiff need not file a new response to Defendants' pending motion to remand. Defendants shall respond, if at all, to the complaint within 7 days of the Court's order on Defendants' motion to remand (Dkt. No. 10).

//

//

//

MINUTE ORDER
C18-0809-JCC
PAGE - 1

1       DATED this 17th day of April 2019.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk