THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUNPENG YANG, | CASE NO. C18-0809-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to remand (Dkt. No. 10) and Plaintiff's response to that motion (Dkt. No. 21). Defendants are ORDERED to reply to Plaintiff's response (Dkt. No. 21) by April 26, 2019. Specifically, Defendants shall respond to Plaintiff's argument that if this Court remands the naturalization proceeding, it will result in a bifurcated action where the remainder of Plaintiff's claims remain in front of this Court. The Clerk is DIRECTED to strike Defendants' reply (Dkt. No. 17) and to re-note Defendants' pending motion to remand (Dkt. No. 10) to April 26, 2019.

//

//

1       DATED this 17th day of April 2019.

                                          William M. McCool
                                          Clerk of Court

                                          s/Tomas Hernandez
                                          Deputy Clerk