The Honorable Robert S. Lasnik

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUNPENG YANG, | CASE NO.  C18-809RSL |
| Plaintiff, | STIPULATION AND ORDER TO LIFT STAY AND TO ALLOW PLAINTIFF TO FILE AN AMENDED COMPLAINT |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

**STIPULATION**

Plaintiff filed his Complaint on June 11, 2018.  Dkt. #1.  On August 29, 2018, Plaintiff filed an Amended Complaint (Dkt. # 9) that added additional claims and parties. On June 18, 2019, the Court granted defendants' motion to remand the case, remanded the case, and ordered defendants to adjudicate plaintiff's naturalization application within 14 days of remand.  (Dkt. #27).  USCIS then adjudicated and denied plaintiff's naturalization application on July 2, 2019.  Plaintiff appealed the decision.  As of August 10, 2020, USCIS had not decided the appeal and plaintiff filed a Motion to Lift the Stay

and lodged a proposed Second Amended Complaint.  (Dkt.# 30, 32)  By letter decision

dated the following day, August 11, 2020, USCIS denied plaintiff's appeal.

Therefore, the parties hereby stipulate and agree that the stay in this case can be

lifted.  The parties further stipulate and agree that within seven days of the lifting of the

stay, plaintiff will file a Second Amended Complaint alleging only a claim for judicial

review under 8 U.S.C. § 1421(c).  The Second Amended Complaint will not include as

defendants United States Customs and Immigration Enforcement ("ICE") or Ronald

Vitiello (or his successor).  The remaining defendants will answer or otherwise respond

to the Second Amended Complaint within twenty-eight days of the filing of the Second

Amended Complaint.

Stipulated to and presented this 18th day of August, 2020.

CASCADIA CROSS BORDER LAW GROUP

s/ Margaret D. Stock
MARGARET D. STOCK
4300 B St., Ste 207
Anchorage, AK  99503
907-242-5800
Email:  Mstock@cascadialawalaska.com


GIBBS HOUSTON PAUW

s/ Robert H. Gibbs
ROBERT H. GIBBS, WSBA #5932
1000 Second Ave., Suite 1600
Seattle, WA 98104
Phone:  206-682-1080
Email:  rgibbs@ghp-law.net

Counsel for Plaintiff

BRIAN T. MORAN
United States Attorney

s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  sarah.morehead@usdoj.gov

Counsel for Defendants

1
2
## **ORDER**

3        The parties having stipulated and agreed, it is hereby so ORDERED.  The Clerk of

4   the Court is hereby directed to strike the Motion to Lift Stay (Dkt. #30) as moot in light

5
6   of the foregoing stipulation and to lift the stay.  Plaintiff will file a Second Amended

7   Complaint within seven days of the lifting of the stay and defendants shall answer or

8   otherwise respond to the Second Amended Complaint within twenty-eight days of the

9
10   filing of the Second Amended Complaint.

11
12        DATED this  20th  day of _____ , 2020.

13
14
15        Robert S. Lasnik
16        United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970