UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUNPENG YANG,<br><br>Plaintiff;<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP & IMMIGRATION; SERVICES; KIRSTJEN NIELSON Secretary of Homeland Security; L. FRANCIS CISSNA, Director of United States Citizenship & Immigration Services, ANNE ARRIES CORSANO, District 20 District Director; CYNTHIA MUNITA, Seattle Field Office Director;<br><br>Defendants. | No. 2:18-cv-00809 - RSL<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY** |

ORDER GRANTING UNOPPOSED MOTION TO STAY - 1
Case No. 2:18-cv-00809 - RSL

CASCADIA CROSS BORDER LAW GROUP LLC
4300 B Street, Suite 207
Anchorage, AK 99503
Tel 907.242.5800

**ORDER GRANTING UNOPPOSED MOTION TO STAY**

This matter having come before the Court on the unopposed motion of Plaintiff Junpeng Yang for a stay of this matter because of two pending alternative administrative requests for relief, and the Court being advised of the basis of this unopposed motion, and finding that a stay will promote judicial efficiency and preserve the resources of the litigants without unduly prejudicing either party's interests:

IT IS HEREBY ORDERED that plaintiff's unopposed motion to stay (Dkt. # 44) is GRANTED.

IT IS FURTHER ORDERED that within twenty (20) days of the resolution of the alternative administrative requests for relief, the parties shall file a joint status report with the Court.

The Clerk of the Court is directed to enter a statistical termination in this case from the Court's active calendar.

Dated this 7th day of May, 2021.

Robert S. Lasnik
Judge of the United States District Court

ORDER GRANTING UNOPPOSED MOTION TO STAY - 2
Case No. 2:18-cv-00809 - RSL

CASCADIA CROSS BORDER LAW GROUP LLC
4300 B Street, Suite 207
Anchorage, AK 99503
Tel 907.242.5800