The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUNPENG YANG,<br><br>　　　　Plaintiff;<br><br>　　　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP & IMMIGRATION; SERVICES; KIRSTJEN NIELSON Secretary of Homeland Security; L. FRANCIS CISSNA, Director of United States Citizenship & Immigration Services, ANNE ARRIES CORSANO, District 20 District Director; CYNTHIA MUNITA, Seattle Field Office Director;<br><br>　　　　Defendants. | No. 2:18-cv-00809 - RSL<br><br>**ORDER<br>OF DISMISSAL** |

ORDER OF DISMISSAL - 1
Case No. 2:18-cv-00809 - RSL

CASCADIA CROSS BORDER LAW GROUP LLC
4300 B Street, Suite 207
Anchorage, AK 99503
Tel 907.242.5800

Plaintiff Junpeng Yang and Defendants, by and through their counsel of record, having jointly moved to dismiss this action

IT IS HEREBY ORDERED that this action is dismissed.

Dated this 26th day of May, 2022.

_____
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2
Case No. 2:18-cv-00809 - RSL

CASCADIA CROSS BORDER LAW GROUP LLC
4300 B Street, Suite 207
Anchorage, AK 99503
Tel 907.242.5800